11-61154.of

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61154 CIV MORENO/BROWN

THE SEA EDGE, INC.,

    Plaintiff,

vs.

QBE INSURANCE CORPORATION,

    Defendant.
_____/

### ORDER RE: MOTION IN LIMINE
### RE: "GENERAL COSTLINESS"

**This matter** is before this Court on Defendant's Motion in Limine to Exclude References to ...General Costliness...(D.E. 35). The Court has considered the motion, the response and all pertinent materials in the file.

Initially, the Court finds that defendant has failed to comply with local Rule 7.1(a)(3). That rule states that if there has been no pre-filing conference, the effort made for same shall be stated "with specificity". This was not done. For all this Court knows, the e-mail referred to in the certification was sent to opposing counsel an hour before the motion was filed. Any future motions filed with this lack of specificity will be denied.

Now that it appears that proper compliance with the aforementioned local rule might have

avoided the necessity of the filing of this motion at all, based on the response said motion is hereby **GRANTED**.

    **DONE AND ORDERED** this 27th day of January, 2012, at Miami, Florida.

                                      STEPHEN T. BROWN
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Federico A. Moreno
      counsel of record