11-61154.o3               UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                        Case No. 11-61154 CIV MORENO/BROWN

THE SEA EDGE, INC.,

    Plaintiff,

vs.

QBE INSURANCE CORPORATION,

    Defendant.
_____/

## ORDER RE: PLAINTIFF'S MOTION IN LIMINE RE: PREEXISTING DAMAGE AND CONCURRENT CAUSE

**This matter** is before this Court on Plaintiff's Motion in Limine ... Regarding Pre-existing Damage and Concurrent Cause of Loss (D.E. 33). The Court has considered the motion, the omnibus response, and all pertinent materials in the file. No timely reply was filed.

This motion appears to seek two separate and not necessarily related rulings: (1) one on admissible evidence; and (2) one on the law. The former seeks to deny the admissibility of evidence related to the conditions that existed on the property prior to the hurricane and the latter addresses the applicability of the concurrent law doctrine.

The former is **DENIED**, as even assuming (without so deciding) that plaintiff is correct on its version of the applicability of the concurrent law doctrine, it would not bar defendant from introducing evidence that the damage claimed by plaintiff from the hurricane all preceded the storm. If plaintiff is incorrect in the applicability of same, it would only increase the propriety of allowing such evidence.

As to the latter, as this Court has previously noted, motions in limine are about evidence, not about the applicability of a legal doctrine. Therefore on that issue the motion is **DENIED**, without prejudice. It does not seek to prohibit the introduction of or use of evidence, which is the purpose of motions in limine. See e.g. <u>Witness Systems, Inc. v. Nice Systems, Inc.</u>, 2008 WL 2047633 at 1 (N.D. Ga. 2008).

**DONE AND ORDERED** this 27th day of January, 2012, at Miami, Florida.

STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Honorable Federico A. Moreno
    counsel of record